### 15594.   GREEN & SON *v.* KELL COMPANY.

BROYLES, C. J.   The defendant admitted the account sued upon but denied that he owed the entire amount, since he had been specially damaged on account of a breach of contract by the plaintiff.  The defendant's cross-petition, however, contained no allegation of general damages and no prayer for nominal damages, and, the evidence failing to show that the alleged special damages were recoverable, the court did not err in directing a verdict in favor of the plaintiff for the full amount of principal and interest sued for.  See, in this connection, *George B. Curd Co.* v. *Meigs Lumber &c. Co.,* 25 *Ga. App.* 504 (103 S. E. 740), and citations.

<em>Judgment affirmed. Luke and Bloodworth, JJ., concur.</em>

DECIDED JULY 15, 1924.

Complaint; from Spalding superior court—Judge Searcy. March 28, 1924.

*Byars & Wood, W. H. Connor,* for plaintiffs in error.

*A. K. Maddox, Cleveland & Goodrich,* contra.

---

### 15595.   EVANS *v.* CITY OF DALTON.

BROYLES, C. J.   The refusal of the court to sanction the certiorari was not error.   *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Petition for certiorari; from Whitfield superior court—Judge Tarver.   April 15, 1924.

*William E. & W. Gordon Mann,* for plaintiff in error.

*John C. Mitchell,* contra.